|   |   |
|---|---|
| 1 | Brian C. Shapiro |
|   | Attorney at Law: 192789 |
| 2 | Law Offices of Lawrence D. Rohlfing |
|   | 12631 East Imperial Highway, Suite C-115 |
| 3 | Santa Fe Springs, CA 90670 |
|   | Tel.: (562) 868-5886 |
| 4 | Fax: (562) 868-5491 |
|   | E-mail: rohlfing.office@rohlfinglaw.com |
| 5 | Attorneys for Plaintiff |
|   | Alice Lynn Twiford |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

|  |  |
|---|---|
| ALICE LYNN TWIFORD, | ) Case No.: 5:19-cv-02345-AGR |
|  | ) |
| Plaintiff, | ) ORDER OF DISMISSAL |
|  | ) |
| vs. | ) |
|  | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
|  | ) |
| Defendant. | ) |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: May 15, 2020

*Alicia G. Rosenberg*
THE HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE